## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TAMMY PALERMO**                                                                  **PLAINTIFF**

**v.**                                      **No. 4:11-cv-00913 KGB**

**ARKANSAS HOMECARE OF**
**HOT SPRINGS, LLC, d/b/a**
**CENTRAL ARKANSAS HOMECARE**
**and LHC GROUP, INC.**                                                            **DEFENDANTS**

### ORDER

Alan L. Rupe, local counsel for the defendants, has filed a motion to make special appearance pursuant to Local Rule 83.5 on behalf of Jessica L. Garner (Dkt. No. 31). The motion is GRANTED. Jessica L. Garner is hereby admitted to appear before this Court as co-counsel in this action for the defendants.

SO ORDERED this 13th day of July, 2012.

_____
Kristine G. Baker
United States District Judge