# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TAMMY PALERMO**                                                                                       **PLAINTIFF**

v.                                       No. 4:11-cv-00913 KGB

**ARKANSAS HOMECARE OF**
**HOT SPRINGS, LLC, d/b/a**
**CENTRAL ARKANSAS HOMECARE**
**and LHC GROUP, INC.**                                                             **DEFENDANTS**

## ORDER

Pursuant to the parties' stipulation of dismissal, all claims asserted in this lawsuit are hereby dismissed with prejudice, and each party shall bear her or its own costs and fees (Dkt. No. 43).

SO ORDERED this 21st day of February, 2013.

_____
Kristine G. Baker
United States District Judge